```
                            United States Bankruptcy Court
                            Western District of Michigan
In re:                                                              Case No. 10-08311-swd
Jose Garza                                                          Chapter 7
Theresa A Garza
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: coxm                Page 1 of 5                 Date Rcvd: Apr 17, 2013
                              Form ID: b9a              Total Noticed: 130


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db/db         +Jose Garza,    Theresa A Garza,    1103 Pasma Ave,    Portage, MI 49002-5538
aty           +Adam Reatherford,    Trott & Trott PC,    31440 Northwestern Highway,    Suite 200,
                Farmington Hills, MI 48334-5422
aty           +Frank D. Baquero,    2117 Hall Street,    East Grand Rapids, MI 49506-4041
aty           +James W. Batchelor,    Trott & Trott,    4024 Park East Court,    Suite B.,
                Grand Rapids, MI 49546-8810
aty           +Jonathan G Hecksel,    Jason Allen Law LLC,    8175 Creekside Drive Ste 207,
                Portgage, MI 49024-5377
aty           +Lori B. Selvidge,    Legal Helpers PC,    3355 Eagle Park Dr.,    Suite 101,
                Grand Rapids, MI 49525-7004
aty           +Patti H. Bass,    Bass & Associates PC,    3936 E. Ft. Lowell Rd,    Suite 200,
                Tucson, AZ 85712-1083
aty           +Shawn C. Drummond,    Trott & Trott PC,    31440 Northwestern Highway,    Suite 200,
                Farmington Hills, MI 48334-5422
aty          #+Tiffany A. Ruttkofsky,    723 Innes St. NE,    Grand Rapids, MI 49503-3515
tr            +Thomas R. Tibble,    2813 West Main St.,    Kalamazoo, MI 49006-2901
smg           +SECRETARY OF THE TREASURY,    15TH & PENNSYLVANIA,    WASHINGTON, DC 20220-0001
ust           +Andy Vara,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
cr            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
cr             Citi Mortgage Inc.,    PO Box 688971,    Des Moines, IA 50368-8971
cr             CitiFinancial, Inc.,    PO Box 6043,    Sioux Falls, SD 57117-6043
5952703       +ARM,   PO Box 129,    Thorofare NJ 08086-0129
5952693       +Account Services Colls,    1802 Ne Loop 410 Ste 400,    San Antonio TX 78217-5298
5952694       +Advanced Radiology Services,    3264 North Evergreen Drive,    Suite 101,
                Grand Rapids MI 49525-9746
5952697       +Allied Collection Grou,    Po Box 2878,    Holland MI 49422-2878
5952698       +Allied Collection Service,    P.o. Box 1799,    Holland MI 49422-1799
5952700       +Allied Interstate,    3000 Corprate Exchange Dr., 5t,    Columbus OH 43231-7689
5952699       +Allied Interstate,    2290 Agate Court,    Unit A1,   Simi Valley CA 93065-1935
5952704       +Borgess Health,    1521 Gull Rd.,    Kalamazoo MI 49048-1666
7033534       +Borgess Health,    3185 Solutions Center,    Chicago, IL 60677-0001
5952705        Bronson Hospital,    Dept 77947,    PO Box 77000,    Detroit MI 48277-0947
5952710       +CBE,   131 Tower Park Suite 100,    PO Box 2547,    Waterloo IA 50704-2547
5952708        Caresource Inc DBA Metron,    1608 Momentum,    Chicago IL 60689-5316
5952711       +Chase,    201 N. Central Ave Floor 11,    Phoenix AZ 85004-1071
5952714       +Citi Auto,    2208 Highway 121 Ste 100,    Bedford TX 76021-5981
6164336        CitiFinancial, Inc,    P. O. Box 70919,    Charlotte, NC 28272-0919
5980478        CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
5952716       +Citifinancial,    300 Saint Paul Pla,    Baltimore MD 21202-2120
5952718        Computer Credit Inc,    640 West Fourth Street,    P.O. Box 5238,    Winston Salem NC 27113-5238
5952719       +Computer Credit, Inc.,    640 W 4th St.,    PO Box 5238,    Winston Salem NC 27113-5238
5952720       +Credit Control,    5757 Phantom Dr.,    Hazelwood MO 63042-2429
5952722       +Creditors Financial Group,    P.O. Box 440290,    Aurora CO 80044-1500
5960925       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
5952728       +Healthcare Midwest PC,    PO Box 673636,    Detroit MI 48267-3636
5952729       +Heritage Family Library,    P.O. Box 305147,    Nashville TN 37230-5147
5952735       +Integrity Pfsnl Soluti,    c/o Tiffany A. Ruttkofsky,    Legal Helpers, PC,    3355 Eagle Park Dr, N,
                Grand Rapids, MI 49525-7004
5976064        JP MORGAN CHASE BANK, N.A.,    CHASE AUTO FINANCE,    PO BOX 901032,    FT. WORTH,TX 76101-2032
5952736       +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,    Akron OH 44309-1799
5952737       +Jd Bradsw Pc,    107 W. Michigan Av,    Kalamazoo MI 49007-3956
5994744       +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
5995673        Jefferson Capital Systems LLC,    PO Box 953185,    St. Louis, MO 63195-3185
5952738        Jeffrey VanHattum,    P.O. Box 68830,    Grand Rapids MI 49516-8830
7033535       +Kalamazoo Dermatology,    6100 Newport Rd. Ste 100,    Portage, MI 49002-9235
5952739       +Kalamazoo Radiology Division,    3264 N Evergreen Dr. NE,    Grand Rapids MI 49525-9746
5952740       +Kevin A. Shugars, DDS,    1040 N. 10th Street,    Suite 230,    Kalamazoo MI 49009-6150
7033536       +Law Offices George Gussess Co,    33 S. Huron St.,    Toledo, OH 43604-8705
5952742        MCM,   P.O. Box 12421,    Dept 12421,    Oaks PA 19456
7033537       +Medical Financial Solutions,    1521 Gull Rd.,    Kalamazoo, MI 49048-1640
5952746       +National Credit Systems,    11 East 36th Street,    10th Floor,    New York NY 10016-3318
5952750       +Penn Credit Corporation,    PO Box 988,    Harrisburg PA 17108-0988
5952751       +Physical Therapy One,    1423 West Centre Ave,    Portage MI 49024-5323
6006735       +Premier Bankcard/Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
5952752       +Premier Radiology,    2207 Momentum Place,    Chicago IL 60689-5322
5952753       +Promed Family Practice,    5943 Stadium Drive,    Suite 3,    Kalamazoo MI 49009-3016
5952754       +Riddle Wood Attorneys,    PO Box 1259,    Oaks PA 19456-1259
5952756       +Second Round, LP,    P.O. Box 1362,    San Marcos TX 78667-1362
5952759       +Shermita Adams & Von Allmen, P,    P.O. Box 5016,    Rochester Hills MI 48308-5016
5952761       +The Swiss Colony,    1112 7th Avenue,    Monroe WI 53566-1364
```

```
District/off: 0646-1                       User: coxm                    Page 2 of 5                    Date Rcvd: Apr 17, 2013
                                           Form ID: b9a                  Total Noticed: 130


5952762       +United Creditors Alliance Corp,    100 Campus View Blvd.,    Suite 105,    Columbus OH 43235-6605
5952764        Voice Power Telecommunications,    P.O. Box 187,    Austin TX 78767-0187

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: BKRMailOps@weltman.com Apr 17 2013 23:13:04       Cheryl D. Cook,
                 Weltman, Weinberg & Reis, L.P.A.,    2155 Butterfield,    Suite 200-S,    Troy, MI 48084-3463
aty             E-mail/Text: jroach@maceybankruptcylaw.com Apr 17 2013 23:08:40       Jennifer June Roach,
                 Jacoby and Myers Bankruptcy, LLP,    3355 Eagle Park Drive, NE,    Ste 101,
                 Grand Rapids, MI 49525
aty            +E-mail/Text: BKRMailOps@weltman.com Apr 17 2013 23:13:04       Jonathan F. Rosenthal,
                 Weltman Weinberg & Reis Co. LPA,    2155 Butterfield Dr., Suite 200-S,    Troy, MI 48084-3463
tr             +E-mail/Text: docs@chpt13.com Apr 17 2013 23:11:52       Barbara P. Foley,
                 Chapter 13 Trustee’s Office,    The Cornerstone Building,    425 West Michigan Ave.,
                 Kalamazoo, MI 49007-3713
smg            +E-mail/Text: rayr1@michigan.gov Apr 17 2013 23:13:56       MI DEPT OF TREASURY,
                 COLLECTION DIVISION/BANKRUPTCY,    PO BOX 30168,    LANSING, MI 48909-7668
smg            +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 17 2013 23:12:44       SECURITIES & EXCHANGE COMM,
                 BANKRUPTCY SECTION,    175 W. JACKSON BLVD.,    SUITE 900,    CHICAGO, IL 60604-2815
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Daniel J. Casamatta,
                 Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       David W. Asbach,
                 Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Dean E. Rietberg,
                 Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Habbo G. Fokkena,
                 Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Matthew T. Cronin,
                 Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Michael V. Maggio,
                 Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Michelle M. Wilson,
                 Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       Office of the U.S. Trustee,
                 The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Apr 17 2013 23:10:13       United States Trustee,
                 Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
cr             +EDI: BASSASSOC.COM Apr 17 2013 21:53:00       HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
cr             +EDI: PRA.COM Apr 17 2013 21:53:00       PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
cr             +EDI: PRA.COM Apr 17 2013 21:53:00       Portfolio Recovery Assocs., LLC,    POB 41067,
                 NORFOLK, VA 23541-1067
cr             +E-mail/Text: BKRMailOps@weltman.com Apr 17 2013 23:13:04       Sterling, Inc.,
                 c/o Weltman, Weinberg & Reis, Co., L.P.A,    2155 Butterfield Dr, Suite 200-S,
                 Troy, MI 48084-3463
6058423       +EDI: ACCE.COM Apr 17 2013 21:53:00       ASSET ACCEPTANCE LLC,    PO BOX 2036,
                 WARREN, MI 48090-2036
5952696       +EDI: ALLIANCEONE.COM Apr 17 2013 21:53:00       Alliance One,    7311 Quality Circle Dr.,
                 Anderson IN 46013-2014
5952701       +EDI: BECKLEE.COM Apr 17 2013 21:53:00       American Express,    c/o Becket and Lee LLP,
                 Po Box 3001,    Malvern PA 19355-0701
6117300        EDI: BECKLEE.COM Apr 17 2013 21:53:00       American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
6006097        EDI: AIS.COM Apr 17 2013 21:53:00       American Infosource Lp As Agent for,
                 World Financial Network National Bank As,    Dress Barn,    PO Box 248872,
                 Oklahoma City, OK 73124-8872
6001785        EDI: AIS.COM Apr 17 2013 21:53:00       American Infosource Lp As Agent for,
                 World Financial Network National Bank As,    Fashion Bug (Spirit of America),    PO Box 248872,
                 Oklahoma City, OK 73124-8872
5952706       +E-mail/Text: darrowl@bronsonhg.org Apr 17 2013 23:11:01       Bronson Medical Group,    6563 W. Main,
                 Kalamazoo MI 49009-4051
6043197        E-mail/Text: bankruptcy@cavps.com Apr 17 2013 23:13:55       Cavalry Portfolio Services LLC,
                 7 Skyline Drive, Third Floor,    Hawthorne, NY 10522
5952709       +EDI: CBCSI.COM Apr 17 2013 21:53:00       CBCS,    P.O. Box 165025,    Columbus OH 43216-5025
5952707       +E-mail/Text: cms-bk@cms-collect.com Apr 17 2013 23:11:59       Capitol Management Services, I,
                 726 Exchange Street, Suite 700,    Buffalo NY 14210-1464
5952712       +EDI: CHASE.COM Apr 17 2013 21:53:00       Chase,    Po Box 15298,    Wilmington DE 19850-5298
5952713       +EDI: CITICORP.COM Apr 17 2013 21:53:00       Citi,    Po Box 6241,    Sioux Falls SD 57117-6241
5952715       +EDI: CITICORP.COM Apr 17 2013 21:53:00       Citibank Usa,    Attn.: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City MO 64195-0363
5952717       +EDI: CBCSI.COM Apr 17 2013 21:53:00       Comprehensive Collection Servi,    P.o. Box 2890,
                 Columbus OH 43216-2890
```

```
District/off: 0646-1           User: coxm                  Page 3 of 5                   Date Rcvd: Apr 17, 2013
                               Form ID: b9a                Total Noticed: 130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5952721       +EDI: RCSFNBMARIN.COM Apr 17 2013 21:53:00      Credit One Bank,   Po Box 98875,
               Las Vegas NV 89193-8875
6117232        EDI: RECOVERYCORP.COM Apr 17 2013 21:53:00      GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
5952725       +EDI: RMSC.COM Apr 17 2013 21:53:00      Gemb/jcp,   Attention: Bankruptcy,   Po Box 103104,
               Roswell GA 30076-9104
5952726        EDI: RMSC.COM Apr 17 2013 21:53:00      Gemb/qvc,   Attention: Bankruptcy,   Po Box 103101,
               Roswell GA 30076
5952727       +EDI: CITICORP.COM Apr 17 2013 21:53:00      Goodyearcbsd,   Po Box 6497,
               Sioux Falls SD 57117-6497
5952730       +EDI: HFC.COM Apr 17 2013 21:53:00      HSBC,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream IL 60197-5213
5995419       +EDI: BASSASSOC.COM Apr 17 2013 21:53:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
5952731       +EDI: HFC.COM Apr 17 2013 21:53:00      Hsbc Bank,   Po Box 5253,   Carol Stream IL 60197-5253
5952732       +EDI: HFC.COM Apr 17 2013 21:53:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream IL 60197-5213
5952733       +EDI: HFC.COM Apr 17 2013 21:53:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
               Carol Stream IL 60197-5253
5952734       +EDI: HFC.COM Apr 17 2013 21:53:00      Hsbc Bank/Best buy,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream IL 60197-5213
6003068        EDI: IRS.COM Apr 17 2013 21:53:00      INTERNAL REVENUE SERVICE,   PO BOX 21126,
               PHILADELPHIA, MI  19114
5994744       +EDI: JEFFERSONCAP.COM Apr 17 2013 21:53:00      Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999
6002971        EDI: RESURGENT.COM Apr 17 2013 21:53:00      LVNV Funding LLC its successors and assigns as,
               assignee of FNBM LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
6107606        EDI: RESURGENT.COM Apr 17 2013 21:53:00      LVNV Funding LLC its successors and assigns as,
               assignee of CHASE BANK USA, NA,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
6089297        EDI: AFNIMCI.COM Apr 17 2013 21:53:00      MCI,   PO Box 3243,   Bloomington, IL 61702-3243
5952743       +EDI: MID8.COM Apr 17 2013 21:53:00      MCM,   Department 12421,   PO Box 603,
               Oaks PA 19456-0603
5952741       +EDI: AFNIMCI.COM Apr 17 2013 21:53:00      Mci,   500 Technology Dr,   Weldon Spring MO 63304-2225
5952747       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 17 2013 23:13:41      NCO,   507 Prudential Rd,
               Horsham PA 19044-2368
5960688       +E-mail/Text: bnc@nordstrom.com Apr 17 2013 23:10:08      NORDSTROM fsb,   POB 6566,
               ENGLEWOOD CO 80155-6566
5989163       +E-mail/Text: bknotice@ncmllc.com Apr 17 2013 23:09:42      National Capital Management, LLC.,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
5952748       +E-mail/Text: bnc@nordstrom.com Apr 17 2013 23:10:08      Nordstrom FSB,
               Attention:  Bankruptcy Department,   Po Box 6555,   Englewood CO 80155-6555
5998613       +EDI: PRA.COM Apr 17 2013 21:53:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,   Norfolk VA 23541-0914
6006735       +E-mail/Text: csidl@sbcglobal.net Apr 17 2013 23:14:07      Premier Bankcard/Charter,
               P.O. Box 2208,   Vacaville, CA 95696-8208
6046442        EDI: AGFINANCE.COM Apr 17 2013 21:53:00      American General Finance,   7097 S WESTNEDGE AVE,
               PORTAGE, MI 490024206
5952702        EDI: AGFINANCE.COM Apr 17 2013 21:53:00      American General Finance,   Po Box 3121,
               Evansville IN 47731
5964807        E-mail/Text: BKRMailOps@weltman.com Apr 17 2013 23:13:04      STERLING INC.,
               C/O Weltman Weinberg & Reis,   PO. BOX 5996,   CLEVELAND, OH 44101-0996
5952755       +EDI: RMSC.COM Apr 17 2013 21:53:00      Sams Club,   Attention: Bankruptcy Department,
               Po Box 105968,   Atlanta GA 30348-5968
5952757       +EDI: WFNNB.COM Apr 17 2013 21:53:00      Service Merchandise/Samuel’s,   Po Box 182125,
               Columbus OH 43218-2125
5952758       +EDI: CITICORP.COM Apr 17 2013 21:53:00      Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City MO 64195-0507
5952760       +EDI: WTRRNBANK.COM Apr 17 2013 21:53:00      Target,   Po Box 9475,   Minneapolis MN 55440-9475
5952763        EDI: USBANKARS.COM Apr 17 2013 21:53:00      Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
               Cincinnati OH 45201
5952765       +EDI: WFNNB.COM Apr 17 2013 21:53:00      Wfnnb/dress Barn,   Po Box 182686,
               Columbus OH 43218-2686
6105525        EDI: ECAST.COM Apr 17 2013 21:53:00      eCAST Settlement Corporation assignee of,
               CitiFinancial Inc,   POB 29262,   New York NY 10087-9262
6012038        EDI: ECAST.COM Apr 17 2013 21:53:00      eCAST Settlement Corporation assignee of Citibank,
               (South Dakota) NA,   POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 68

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5952692       Abn Amro Mortgage Grou
5952724       First Premier Bank
5952749       OAC,   PO Box 371100,   OH 43237
5952766       Wfnnb/fashion Bug
```

```
District/off: 0646-1           User: coxm              Page 4 of 5              Date Rcvd: Apr 17, 2013
                               Form ID: b9a            Total Noticed: 130

aty*        +Lori B. Selvidge,   Legal Helpers PC,   3355 Eagle Park Dr.,   Suite 101,
              Grand Rapids, MI 49525-7004
5952695     ##+Allgate Financial Llc,   707 Skokie Blvd Ste 375,   Northbrook IL 60062-2882
5957686     ##CITIFINANCIAL AUTO CREDIT, INC.,   P.O. BOX 182287,   COLUMBUS OH 43218-2287
5952723     ##+Debt Credit Services,   2493 Roming Rd,   Akron OH 44320-4109
5952744     ##+Money Recovery Nationw,   801 S Waverly Rd Ste 100,   Lansing MI 48917-4200
5952745     ##+Money Recovery Nationwide,   801 S. Waverly Rd., Ste. 100,   Lansing MI 48917-4200
                                                                            TOTALS: 4, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                    **Signature:**         _/s/ Joseph Speetjens_

```
District/off: 0646-1          User: coxm                  Page 5 of 5                   Date Rcvd: Apr 17, 2013
                              Form ID: b9a                Total Noticed: 130
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2013 at the address(es) listed below:

```
              Adam  Reatherford    on behalf of Creditor   Citi Mortgage Inc. westernecf@trottlaw.com
              Cheryl D. Cook     on behalf of Creditor    Sterling, Inc. ECFEDM@weltman.com,    chcook@weltman.com
              James W. Batchelor    on behalf of Creditor   CitiMortgage, Inc westernecf@trottlaw.com
              Jennifer June Roach    on behalf of Debtor Jose Garza jroach@maceybankruptcylaw.com
              Patti H. Bass     on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Shawn C. Drummond    on behalf of Creditor   Citi Mortgage Inc. westernecf@trottlaw.com
              Thomas R. Tibble     TrusteeTibble@tibblecpa.com,  MI10@ecfcbis.com
                                                                                               TOTAL: 7
```

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **10−08311−swd**

UNITED STATES BANKRUPTCY COURT **District of** Western District of Michigan

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 7/1/10 and was converted to a case under chapter 7 on 4/15/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jose Garza
1103 Pasma Ave
Portage, MI 49002

Theresa A Garza
1103 Pasma Ave
Portage, MI 49002

Case Number:
10−08311−swd

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−9919
xxx−xx−8533

Attorney for Debtor(s) (name and address):
Jennifer June Roach
Jacoby and Myers Bankruptcy, LLP
3355 Eagle Park Drive, NE
Ste 101
Grand Rapids, MI 49525
Telephone number: 616−949−9780

Bankruptcy Trustee (name and address):
Thomas R. Tibble
2813 West Main St.
Kalamazoo, MI 49006
Telephone number: (269) 342−9482

## Meeting of Creditors

Date: **June 10, 2013**      Time: **12:00 PM**
Location: **Federal Bldg., U. S. Courthouse, Room 111, 410 W. Michigan Avenue, Kalamazoo, MI 49007**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/9/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Address of the Bankruptcy Clerk's Office:**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503
Telephone number: (616)456−2693

**For the Court:**
Clerk of the Bankruptcy Court:
DANIEL M. LAVILLE

Hours Open: Monday − Friday 8:00 AM − 4:00 PM

Date: 4/17/13

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. **(Applies to cases filed on or after October 17, 2005)** |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. Please note that possession of cell phones is prohibited at first meetings. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonments | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment must file a request with the Court. |

Refer to Other Side for Important Deadlines and Notices